| NOT DESIGNATED FOR PUBLICATION |

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1142 WCA

PAUL B. ZACHARY

VERSUS

WAL-MART DISTRIBUTION CENTER

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
OFFICE OF WORKERS' COMPENSATION,
DISTRICT 4, NO. 02-08253,
HONORABLE SHARON MORROW

\*\*\*\*\*\*\*\*\*\*\*\*

GLENN B. GREMILLION
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Glenn B. Gremillion, and John B. Scofield\*, Judges.

APPEAL DISMISSED.

GREGORY B. DEAN
DEAN LAW OFFICES
P. O. Drawer 280
(337) 942-5111
COUNSEL FOR PAUL B. ZACHARY

CHARLES MARTIN KREAMER
ALLEN & GOOCH
1015 St. John Street
Lafayette, LA 70502
(337) 291-1000
COUNSEL FOR WAL-MART DISTRIBUTION CENTER

\*Judge JOHN B. SCOFIELD, participated in this decision by appointment of the Louisiana Supreme as Judge Pro Tempore.